UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIE JAMES LOWE, JR., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:23-cv-798-MTS |
| JENNIFER PECORELLA, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

In light of the Court's Order dated July 25, 2023, *see* Doc. [24],

**IT IS HEREBY ORDERED** that the Motions in Docs. [5], [6], [8], [9], [10] are **DENIED** as **MOOT**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to Requesting Video Conference, or in the Alternative, Request for Issuance of a Writ, Doc. [7], is **DENIED**.

Dated this 26th day of July 2023

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE