RECEIVED
AUG 22 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

Lowe                  CASE#4:23-CV-000798-MTS

vs.

Pecorella, et al

## MOTION FOR VOLUNTARY DISMISSAL OF CASE

Plaintiff hereby notifies the court that he wishes to dismiss

This case voluntary, WITHOUT PREJUDICE,. To refiling at a

Later date.

/s/Willie James Lowe

Dated: 8/11/2023