UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIE JAMES LOWE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:23-cv-798-MTS |
| | ) |
| JENNIFER PECORELLA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

In light of Plaintiff's Notice of Voluntary Dismissal, Doc. [26], the Clerk is directed to close this case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated this 23rd day of August 2023

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE